UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BLANCHARD,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　　　　Defendant. | No. CV-12-0077-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE FOR IMMEDIATE AWARD OF BENEFITS** |

　　　This matter comes before the Court on Magistrate Judge James P. Hutton's March 26, 2013 Report and Recommendation, ECF No. 21, in which Magistrate Judge Hutton recommends that that Plaintiff's Motion for Summary Judgment, ECF No. 13, be granted. Both parties are represented by counsel. The deadline for filing objections to the Report and Recommendation lapsed on April 9, 2013; no objections were received. Having reviewed the Report and Recommendation, the Court is fully informed and adopts Magistrate Judge Hutton's recommendations in their entirety.

　　　Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　The Report and Recommendation, **ECF No. 21**, is **ADOPTED** in its entirety.

　　　2.　Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is **GRANTED.**

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE FOR IMMEDIATE AWARD OF BENEFITS - 1

3. Defendant's Motion for Summary Judgment, **ECF No. 17**, is **DENIED AS MOOT.**

4. This matter is hereby **REMANDED** for an immediate award of benefits.

5. The Clerk's Office is directed to **ENTER JUDGMENT** in favor of Plaintiff and **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Hutton.

**DATED** this  10th  day of April 2013.

> s/ Edward F. Shea
> EDWARD F. SHEA
> Senior United States District Judge

Q:\EFS\Civil\2012\77.adopt.rr.close.lc2.docx

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE FOR IMMEDIATE AWARD OF BENEFITS - 2