UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BLANCHARD,<br><br>                     Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                    Defendant. | No. CV-12-0077-JPH<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION FOR AWARD OF ATTORNEY'S FEES PURSUANT TO EAJA** |

On April 10, 2013, the Court adopted Magistrate Judge Hutton's March 26, 2013 Report and Recommendation, ECF No. 21, and directed entry of judgment in Plaintiff's favor. ECF No. 22. This matter again comes before the Court on Magistrate Judge James P. Hutton's July 23, 2013 Report and Recommendation, ECF No. 28, in which Magistrate Judge Hutton recommends that that Plaintiff Michael Blanchard's Motion for Attorney Fees Pursuant to EAJA, ECF No. 24, be granted. Plaintiff seeks attorney's fees in the amount of $6,967.29 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Both parties are represented by counsel. Defendant did not object to the amount or reasonableness of Plaintiff's requested fees. ECF No. 27. Having reviewed the Report and Recommendation, the Court is fully informed and adopts Magistrate Judge Hutton's recommendation in its entirety.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The July 23, 2013 Report and Recommendation, **ECF No. 28**, is **ADOPTED** in its entirety.
2. Plaintiff's Motion for Attorney's Fees Pursuant to EAJA, **ECF No. 24**, is **GRANTED.**
3. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Hutton.

**DATED** this  1st  day of August 2013.

                    s/ Edward F. Shea
                    EDWARD F. SHEA
            Senior United States District Judge